■ In the Matter of MARC A. LANDIS, Temporary Guardian of the Property, Respondent, for the Appointment of a Guardian for CLAIRE DEBORA, Appellant. DAVID DEBORA, Respondent. [933 NYS2d 547]—

As the parties concede, the IAS court erred when it acted on its own initiative in vacating the parties' stipulation of settlement of this article 81 proceeding (*see Hallock v State of New York*, 64 NY2d 224, 230 [1984]; *Charlop v A.O. Smith Water Prods.*, 64 AD3d 486, 486 [2009]). Rather, the proper course of action would have been to hold an evidentiary hearing (*see Kabir v Kabir*, 85 AD3d 1127, 1127-1128 [2011]). Alternatively, the petitioner or cross petitioner could have moved for enforcement of the stipulation (*see Hallock*, 64 NY2d at 230). Concur—Saxe, J.P., Friedman, Renwick, DeGrasse and Freedman, JJ.

Motion to strike briefs of cross petitioner and temporary personal needs guardian denied.